SEDGWICK LLP
ALEXANDER E. POTENTE, State Bar No. 208240
  *alex.potente@sedgwicklaw.com*
DEAN J. McELROY, State Bar No. 213132
  *dean.mcelroy@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Plaintiff
GREAT AMERICAN
INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SEQUOIA INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 16-9456-GW(SSx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO REQUEST OF PLAINTIFF GREAT AMERICAN INSURANCE COMPANY**<br><br>**[Fed.R.Civ.P. 41(a)(2)]**<br><br>Judge: Hon. George H. Wu<br>Court: Courtroom 9D, 9th Floor |

1     At the request of plaintiff Great American Insurance Company ("Great American") made pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action, including all of the claims herein, is DISMISSED in its entirety WITH PREJUDICE. Great American and defendant Sequoia Insurance Company will each bear their own attorneys' fees and costs.

    IT IS SO ORDERED

DATED: November 2, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

Sedgwick LLP

85477531v1